AO 243 (Rev. 5/85)

**FILED** CH

**DEC 2 6 2007** aaw~

**Dec 26 2007**

**MICHAEL W. DOBBINS**

**CLERK, U.S. DISTRICT COURT**

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District<br>Northern District of Illinois | |
|---|---|---|
| Name of Movant<br>Pedro Herrera | Prisoner No.<br>13111-424 | Case No.<br>02-cr-729 – *2* |
| Place of Confinement<br>FCI Manchester Federal Correctional Institution P.O. Box 4000 Manchester, KY 40962 | | |

UNITED STATES OF AMERICA     V.    <u>Herrera</u>

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _____

    United States District Court, Northern District of Illinois

2. Date of judgment of conviction  March 19, 2004

3 Length of sentence 360 Months

4. Nature of offense involved (all counts) _____

    Multiple Counts of Title 21 U.S.C. § 846

5. What was your plea? (Check one)
    (a) Not guilty    ☒
    (b) Guilty    ☐
    (c) Nolo contendere    ☐

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
    (a) Jury    ☒
    (b) Judge only    ☐

7. Did you testify at the trial?
    Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
    Yes ☒ No ☐

**07CV7235**
**JUDGE COAR**
**MAGISTRATE JUDGE SCHENKIER**

9. If you did appeal, answer the following:

    (a) Name of court   Seventh Circuit Court of Appeals

    (b) Result   Affirmed

    (c) Date of result   December 21, 2006

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☒

11. If your answer to 10 was "yes", give the following information:

    (a) (1) Name of court

        (2) Nature of proceeding

        (3) Grounds raised

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐

        (5) Result

        (6) Date of result

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court

        (2) Nature of proceeding

        (3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐ No ☐
(2) Second petition, etc.     Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: Sixth Amendment Violation Due To Ineffective Assistance of Counsel

Sixth Amendment Violation Due To Ineffective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law)

COUNSEL WAS INEFFECTIVE FOR FAILING TO ADVISE PETITIONER THAT THE GOVERNMENT WOULD PRESENT AS A STIPULATION AT TRIAL THAT THE GOVERNMENT WOULD PROVIDE NOTICE THAT COUNSEL HAD ADMITTED TO THE DEA THAT THE VEHICLE AND THE $150,095.00 IN U.S. CURRENCY BELONGED TO MR. HERRERA.

B. Ground two: Sixth Amendment Violation Due To Ineffective Assistance of Counsel

Sixth Amendment Violation Due To Ineffective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law):

PETITIONER'S COUNSEL WAS INEFFECTIVE FOR HIS FAILURE TO ADVISE MR. HERRERA OF THE POSSIBILITY OF PLEADING GUILTY AND NOT PROCEEDING TO TRIAL THUS RECEIVING AN ACCEPTANCE OF RESPONSIBILITY SENTENCE REDUCTION WHERE THE DISTRICT COURT DENIED THE SEVERANCE MOTION FILED IN THIS CASE.

C. Ground three: Sixth Amendment Violation Due To Ineffective Assistance of Counsel

Sixth Amendment Violation Due To Ineffective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law):

COUNSEL WAS INEFFECTIVE FOR HIS FAILURE TO ADVICE PETITIONER THAT AN ACCEPTANCE OF RESPONSIBILITY WOULD MITIGATE HIS SENTENCE AND HOW RELEVANT CONDUCT PORTIONS OF THE SENTENCING GUIDELINES AS IT APPLIED TO HIS CASE THUS AVOIDING TO PROCEED TO TRIAL.

D. Ground four: Sixth Amendment Violation Due To Ineffective Assistance of Counsel

Sixth Amendment Violation Due To Ineffective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law):
THE CUMULATIVE IMPACT OF TRIAL COUNSELS ERRORS ADDRESSED HEREIN REQUIRE
~~RESENTENCING AND/OR AN EVIDENTIARY HEARING~~

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

Ineffective assistance of counsel claims are raised only on a Title 28 USC § 2255 petition.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing   Michael Levinsohn, 116 South Michigan Ave, 8th Floor, Chicago, IL 60603

(b) At arraignment and plea   Michael Levinsohn, 116 South Michigan Ave, 8th Floor, Chicago, IL 60603

(c) At trial   Michael Levinsohn, 116 South Michigan Ave, 8th Floor, Chicago, IL 60603

(d) At sentencing   Michael Levinsohn, 116 South Michigan Ave, 8th Floor, Chicago, IL 60603

(e) On appeal    Richard Goldwasser, 20 North Clark Street, Suite # 1700, Chicago, IL 60602

(f) In any post-conviction proceeding    Pro-Se

(g) On appeal from any adverse ruling in a post-conviction proceeding

N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Pro-Se
<br>Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12/17/2007
<br>(date)

Signature of Movant